**EULALIO L. SALVE JR.**
1508 Cajon Court
Antioch, California 94509
Telephone: (925) 501-6336
Email: tessiesalve@yahoo.com
**Plaintiff in Pro Per**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EULALIO L. SALVE JR.,<br><br>Plaintiff,<br>v.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00083-RFL<br><br>**ORDER GRANTING JOINT STIPULATION**<br><br>*Fed. R. Civ. P. 6(b)(1)(B), 15(a)(2); Civil L.R. 6-2, 7-12*<br>[Filed Concurrently With: Joint Stipulation and Stipulated Request for Order; Declaration of Eulalio L. Salve Jr. in Support of Joint Stipulation and Stipulated Request for Order; Declaration of Adela Alexander in Support of Joint Stipulation and Stipulated Request for Order] |

The Court has considered the Parties' Joint Stipulation and Stipulated Request for Order and the supporting declarations of EULALIO L. SALVE JR. and ADELA ALEXANDER. The Court finds that the one-day delay in filing the First Amended Complaint was the result of excusable neglect within the meaning of Federal Rule of Civil Procedure 6(b)(1)(B), in that ONITY was not prejudiced by the delay, the delay was one day and had no effect on any hearing or deadline in this case, the delay resulted from administrative and technical filing problems in the office assisting Plaintiff rather than from any act or omission of Plaintiff, and the Parties acted in good faith.

**GOOD CAUSE APPEARING, IT IS ORDERED:**

1. The First Amended Complaint filed on August 7, 2026 is deemed timely under Federal Rule of Civil Procedure 6(b)(1)(B).
2. U.S. BANK NATIONAL ASSOCIATION, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR5 ("the TRUST") is added as

a defendant under Federal Rule of Civil Procedure 15(a)(2). The First Amended Complaint remains operative.

3. Plaintiff shall serve the TRUST in accordance with Federal Rule of Civil Procedure 4.

4. No defense, motion, or other response available to ONITY or the TRUST is waived or adjudicated.

5. ONITY's response deadline is extended to October 21, 2026; all other dates remain unchanged.

**IT IS SO ORDERED.**

Dated: __9/29/2026

**HON. RITA F. LIN**
United States District Judge